In the Matter of DANIEL GOLDSTEIN et al., Appellants, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 64 AD3d 168.

Motion by Fifth Avenue Committee et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

EUGENIA BRENNAN HESLIN, as Administrator of the Estate of EGYPT A. PHILLIPS, Deceased, Appellant, v COUNTY OF GREENE et al., Respondents, et al., Defendants.

Submitted July 13, 2009; decided September 17, 2009

Reported below, 53 AD3d 996.

Motion, insofar as it seeks to strike the brief and appendix of the County of Greene Department of Social Services and County of Greene Child Protective Services, denied; motion, insofar as it seeks to expand the record to include the responsive documentation submitted by appellant, granted; motion, insofar as it seeks an enlargement of time to submit a reply brief, denied.

EUGENIA BRENNAN HESLIN, as Administrator of the Estate of EGYPT A. PHILLIPS, Deceased, Appellant, v COUNTY OF GREENE et al., Respondents, et al., Defendants.

Submitted July 27, 2009; decided September 17, 2009

Reported below, 53 AD3d 996.

Motion to vacate this Court's July 6, 2009 preclusion order granted, and the County of Greene's brief is accepted as filed, except to the extent that the January 12, 2005 letter attached as part of the appendix to the County's brief is deemed stricken.